IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00188-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN FRANCIS JONES,

    Defendant.

## MINUTE ORDER[1]

On May 24, 2010, the court conducted a telephonic setting conference to set a status conference in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on Friday, **May 28, 2010**, commencing at 2:30 p.m., the court shall conduct a status conference. At this time the court will address defendant's **Unopposed Motion To Vacate Trial Date** [#14] filed May 10, 2010; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: May 24, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.