**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00188-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN FRANCIS JONES,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Due to a conflict arising on the court's calendar, the status conference set for May 28, 2010, is **VACATED** and is **CONTINUED** pending further order of court. On **June 1, 2010**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the hearing on defendant's **Unopposed Motion To Vacate Trial Date** [#14] filed May 10, 2010. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: May 25, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.