**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00188-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KEVIN FRANCIS JONES,

      Defendant.

---

**MINUTE ORDER**[1]

---

A Notice of Disposition was filed on November 10, 2010.  The parties are directed to contact chambers at their earliest convenience to find a date and time for a change of plea hearing.

**IT IS FURTHER ORDERED** that the hearing on the motion to suppress statements, set for November 16, 2010, is **VACATED** and is **CONTINUED**, if necessary, pending further order of court.

Dated:  November 15, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.