# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  10-cr-00188-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KEVIN FRANCIS JONES,

      Defendant.

---

## MINUTE ORDER[1]

---

At the oral request of the parties, the change of plea hearing previously set for December 3, 2010, is **VACATED** and is **CONTINUED** to **January 14, 2011**, at 8:00 a.m. This is a joint change of plea with Criminal Action No. 07-cr-00429-REB-03, *USA v. Lee*. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  December 2, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.