**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00188-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN FRANCIS JONES,

    Defendant.

---

**AMENDED
MINUTE ORDER**[1]

---

On December 2, 2010, the court issued a **Minute Order** [#34], continuing the change of plea hearing to **January 14, 2011**, at 8:00 a.m. The court inadvertently forgot to vacate the Trial Preparation Conference and jury trial in this matter, therefore, the minute order should be amended to reflect the vacating of the Trial Preparation Conference and jury trial.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the Trial Preparation Conference set for January 7, 2011, and the jury trial set to commence January 10, 2011, are **VACATED**; and

    2. The court's **Minute Order** [#34] entered December 2, 2010, is amended accordingly to the limited extent necessary to facilitate and implement this order.

    Dated: December 3, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.