**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cr-00188-REB-1

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.

KEVIN FRANCIS JONES,

      Defendant-Movant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER DENYING § 2255 MOTION** of Judge Robert E. Blackburn entered on August 27, 2015 it is

ORDERED that the **Motion To Vacate, Set Aside, or Correct Sentence Pursuant To 28 U.S.C. § 2255** [#49] filed May 24, 2012, is denied; and it is further

ORDERED that under 28 U.S.C. § 2253(c)(2), a certificate of appealability is denied; and it is further

ORDERED that under 28 U.S.C. § 1915(a)(3), leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit; and it is further

ORDERED that judgment is entered in favor of the United States of America, and

against the defendant, Kevin Francis Jones, on all claims for relief and causes of action

asserted in his **Motion To Vacate, Set Aside, or Correct Sentence Pursuant To 28**

**U.S.C. § 2255** [#49] filed May 24, 2012; and it is further

> ORDERED that civil action 12-cv-01372-REB is closed.

> Dated at Denver, Colorado this 28th day of August, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  K. Finney

K. Finney
Deputy Clerk